310 Ga. 756
FINAL COPY

S18Y0821.  IN THE MATTER OF DAVID E. MORGAN III.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that David E. Morgan III (State Bar No. 522250) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Morgan*, 303 Ga. 678 (814 SE2d 394) (2018), it is hereby ordered that David E. Morgan III be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED FEBRUARY 5, 2021.
Reinstatement.
*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.